FILED
JUN 1 4 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:09-M-1033

UNITED STATES OF AMERICA

V.

MAG, DONALD

<u>DISMISSAL ORDER</u>

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: Superseding Criminal Information.

_____
JEREMY D. COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This **14th** day of **June**, 2009.

_____
United States Magistrate Judge